Sherree L. Sturgis, Chief Counsel, Camp Hill, for appellants.

Samuel W. Milkes, Carlisle, for responents.

William A. Duncan, Carlisle, for Cumb. Co. Prison.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The order of the Commonwealth Court is vacated and the record is remanded with the direction to dismiss appellees' appeals as premature.

468 A.2d 747

**INMATES OF CUMBERLAND COUNTY PRISON, and Individually, Allan Bowermaster, Ronald Burns, Jack Corbin, Terry Crawford, Richard Lawyer, Thomas McQuaid, Wanda Myers, Randal Robertson, Daniel Vail and Dennis Wingard, Appellants,**

v.

**DEPARTMENT OF JUSTICE OF PENNSYLVANIA, BUREAU OF CORRECTION OF PENNSYLVANIA, Special Services Division of the Bureau of Correction**

v.

**David KURTZ and Edward F.W. Whitmore.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1983.

Decided Dec. 19, 1983.

Samuel W. Milkes, Carlisle, for appellants.

Andrew S. Gordon, Deputy Atty. Gen., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHER-TY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order of the Commonwealth Court affirmed.

468 A.2d 1078

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Louis P. DiNICOLA, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 1983.

Decided Dec. 6, 1983.

Reargument Denied Feb. 6, 1984.